**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1623

THERON J. BARTELL,

Plaintiff - Appellant,

versus

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (3:04-cv-22648-CMC)

Submitted: October 31, 2006          Decided:  November 2, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Theron J. Bartell, Appellant Pro Se. Laura Ridgell-Boltz, SOCIAL SECURITY ADMINISTRATION, Denver, Colorado, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theron J. Bartell appeals the district court's orders accepting the recommendation of the magistrate judge and affirming the Social Security Commissioner's decision to deny disability benefits and denying Bartell's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bartell v. Comm'r Soc. Sec. Admin.</u>, No. 3:04-cv-22648-CMC (D.S.C. Feb. 21, 2006 & Apr. 24, 2006). We further deny Bartell's motion to supplement the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>